No. 44529.—Protest 13353–K of J. K. Laudenslager, Inc. (Philadelphia).

Opinion by EVANS, J. It was stipulated that the merchandise consists of dried ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A.— C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.